JACOB LAPSENSOHN, Trading as THE STANDARD ROOFING AND SHEET METAL WORKS, Respondent, v. PYRO HEATING Co., INC., and Another, Appellants; BOARD OF EDUCATION OF THE CITY OF NEW YORK, Defendant.— Motion for stay granted upon condition that within three days from the entry of the order herein

appellant Pyro Heating Co., Inc., file an undertaking on appeal with corporate surety; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder and Tompkins, JJ.